DAVID S. GREENSEID, NO. 61346
Attorney at Law
630 N. San Mateo Drive
San Mateo, CA 94401
Telephone: (650) 570-7878
Facsimile: (650) 403-1849
davidg2@ix.netcom.com

ATTORNEYS FOR PLAINTIFF STUART GREENBERG

ELINOR LEARY, NO. 227232
DANIEL BOORD, NO. 332063
THE VEEN FIRM, LLP
20 Haight Street
San Francisco, California 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
EL.Team@VeenFirm.com

ATTORNEYS FOR PLAINTIFF STUART GREENBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| STUART GREENBERG,<br><br>     Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>     Defendants. | CASE NO. 22-cv-01334-MMC<br>The Hon. Maxine M. Chesney<br><br>**JOINT AMENDED NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING ORDER**<br><br>Trial Date: June 26, 2023 |
|---|---|

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT plaintiff and defendant wish to inform the Court that they reached a settlement of the above-captioned action on May 16, 2023.

The parties jointly request that the Court vacate the current scheduling order and all other upcoming hearings and deadlines. The parties are in the process of finalizing a settlement agreement.

DATED: June 9, 2023                THE VEEN FIRM, P.C.

By: _____
Elinor Leary
Daniel Boord
Attorneys for PLAINTIFF STUART
GREENBERG

DATED: June 9, 2023

By: _____
David S. Greenseid
Attorneys for PLAINTIFF STUART
GREENBERG

DATED: June ___, 2023              LAGASSEE BRANCH BELL + KINKEAD

By: _____
Jeffrey V. Ta
Jocelyn S. Koo
Attorneys for DEFENDANT
TARGET CORPORATION

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

-2-                                Case No. 22-cv-01334-MMC
JOINT AMENDED NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING ORDER

DATED:  June 9, 2023               THE VEEN FIRM, P.C.

By: _____
Elinor Leary
Daniel Boord
Attorneys for PLAINTIFF STUART GREENBERG

DATED:  June ___, 2023

By: _____
David S. Greenseid
Attorneys for PLAINTIFF STUART GREENBERG

DATED:  June  9 , 2023             LAGASSEE BRANCH BELL + KINKEAD

By: _____
Jeffrey V. Ta
Jocelyn S. Koo
Attorneys for DEFENDANT TARGET CORPORATION

-2-                                   Case No. 22-cv-01334-MMC
JOINT AMENDED NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING ORDER